AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 25-mj-22-01-TSM |
| THE RESIDENCE LOCATED AT 3916 BROWN AVE. MANCHESTER, NH 03103, AND ANY ATTACHED OR DETATCHED STRUCTURES ON PROPERTY | ) ) ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____ District of _____ New Hampshire _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possess w/intent to distribute & distribution of controlled substances |
| 21 U.S.C. §846 | Conspiracy to possess w/intent to distribute & distribution of controlled substances |
| 21 U.S.C. §843(b) | Use of comm. facility in commission of narcotics offense |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Sean P. Doyle
_____
*Applicant's signature*

Sean P. Doyle, Postal Inspector
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____
telephone conference    *(specify reliable electronic means)*.

Date:  **Feb 4, 2025**
_____
*Judge's signature*

City and state:  Concord, NH
Talesha L. Saint-Marc, United States Magistrate Judge
_____
*Printed name and title*